**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**UNITED STATES OF AMERICA**                    **CASE NO.  3:22-MJ-00142-01**

**VERSUS**                                              **MAG. JUDGE KAYLA D. MCCLUSKY**

**LANEYTHON IGNONT (01)**

**EXHIBIT LIST**
**Preliminary Hearing  1/6/23**

**PARTY:** UNITED STATES OF AMERICA

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
| 1 | Photos taken at 135 Blackwood Drive | 1/6/2023 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |